UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DONNA DIMAGGIO-BOULEY,

                             Plaintiff,

v.                                           **ORDER**

UNITED STATES OF AMERICA., et al.,        24-CV-03789 (PMH)

                             Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff Donna Dimaggio-Bouley ("Plaintiff") commenced this action on May 16, 2024 against the United States of America and the United States Postal Service ("Defendants"). (Docs. 1, 4). Summons were issued for Defendants on May 17, 2024. (Doc. 5). On October 4, 2024, in response to the Court's September 30, 2024 Order (Doc. 6), Plaintiff filed an affidavit of service indicating that service was effected on Defendants on July 1, 2024. (Doc. 7). There has been no activity on the docket since then. The time for Defendants to answer has passed.

      Accordingly, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by **December 2, 2024**. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

                                          SO-ORDERED:

Dated:  White Plains, New York
           November 1, 2024

                                          _____
                                          Philip M. Halpern
                                          United States District Judge